IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MICHAEL JEROME JENNINGS,

    Plaintiff,

Civil Action File No.
1:22-cv-01165-RDP

CHRISTOPHER SMITH,
in his individual capacity;
JUSTIN GABLE,
in his individual capacity;
JEREMY BROOKS,
in his individual capacity;
CITY OF CHILDERSBURG, ALABAMA,

    Defendants.

_____/

APPLICATION FOR ADMISSION PRO HAC VICE

**Applicant, Harry Daniels,** hereby requests permission to appear *pro hac vice* in the subject case filed in the Eastern Division of the United States District Court for the Northern District of Alabama. **Applicant** states under penalty of perjury that he is not a member of the State Bar of Alabama but is a member in good standing of the United States court and/or the highest court of astate as listed below in this application. **Applicant** further states under penalty of perjury that hehas identified all courts to which he has been admitted to practice

and the dates of admission and that he is in good standing and eligible to practice in all courts to which he has been admitted. **Applicant** also states under penalty of perjury that has not abused the privilege of special admission by maintaining a regular practice of law in Alabama. **Applicant** also states under penalty of perjury that he has satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Alabama Bar, submission of an application, and payment of a periodic fee. **Applicant** also states under penalty of perjury that read and understands the local rules applicable in this District, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed. Further, **Applicant** attached a letter of good standing from the State Bar of Georgia. (Exhibit A)

    **Applicant** designates Roderick Van Daniel as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel section.

    This 22nd day of September 2022.

                                            */s/Harry M. Daniels*
                                            Signature of Harry M Daniels

<u>1:22-cv-01165-RDP</u>

## ALL COURTS TO WHICH APPLICANT HAS BEEN ADMITTED TO PRACTICE AND DATES OF ADMISSION

Eastern District of Texas, Jul 17, 2022
Western District of North Carolina, Feb 3, 2022
Middle District of Florida, Mar 29, 2021
Middle District of North Carolina, Aug 21, 2019
Eastern District of North Carolina, Aug 20, 2019
United States Court of Appeals for the Eleventh Circuit, Aug 21, 2016
Middle District of Georgia, Oct 31, 2014
Northern District of Georgia, Apr 23, 2014
State of Georgia, Jun 6, 2011

## APPLICANT INFORMATION

Name of Applicant: Harry M. Daniels

Business Address: 4751 Best Road Suite 490
Atlanta, GA 30337

Business Phone: (678) 664-8529

Fax: (800) 867-5248

Email Address: daniels@harrymdaniels.com

1:22-cv-01165-RDP

## **CONSENT OF DESIGNATED LOCAL COUNSEL**

I, Roderick Van Daniel, designated local counsel for the subject case, maintain an office in the Northern District of Alabama. I have verified the bar admission status of Applicant. I agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served. I recognize my responsibility and full authority to act on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the Applicant fail to respond to any Court order for appearance or otherwise. I further recognize that I must authorize and sign all pleadings and other papers filed in the case by the Applicant and that I also am subject to the requirements of Fed. R. Civ. P. 11.

This 22nd day of September 2022.

*/s/Roderick Van Daniel*
Roderick Van Daniel
Alabama Bar Number: 9105L64X
Federal Bar Number: ASB-9105-164X

3003 13th Avenue South Suite 19
Birmingham, Alabama 35255
Tel. 205- 453-9331
Cell. 205-720-9527
Fax: 205-778-3123
Roddaniel205@gmail.com