IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MICHAEL JEROME JENNINGS,

    Plaintiff,

Civil Action File No.
1:22-cv-01165-RDP

CHRISTOPHER SMITH,
in his individual capacity;
JUSTIN GABLE,
in his individual capacity;
JEREMY BROOKS,
in his individual capacity;
CITY OF CHILDERSBURG, ALABAMA,

    Defendants.

_____/

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR Rule 83.1(b) for admission pro hac vice have been satisfied, the application of Harry M. Daniels to appear pro hac vice in the United States District Court for the Northern District of Alabama in the subject case is GRANTED.

    This _____ day of _____,. 2022

_____
United States District Judge R. David