### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **MICHAEL JEROME JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO.: 1:22-cv-01165-RDP** |
| | ) |
| **CHRISTOPHER SMITH,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## EXHIBIT 1

**E-911 Recording (filed conventionally)**