# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL JEROME JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 1:22-cv-01165-RDP |
| | ) |
| **CHRISTOPHER SMITH,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## EXHIBIT 2

**Talladega County 911 CFS Report**

## Talladega County 9-1-1
### 26715 AL HWY 21 Talladega, AL 35160

| Call Taker | CFS Report |
|---|---|
| 05 9114 | CFS # - 2022-041442 |

### Base Information

Call When 05/22/2022 18:19:56  Create When 05/22/2022 18:20:47  Close When 05/22/2022 19:27:52  Disposition 03-ARREST - INCIDENT REPORT

Priority MEDIUM    Call Disciplines L,    Assigned Disciplines L,    Assigned Disciplines NP L,

CallType SUSPICIOUS VEHICLE - J1   EDL    FDL    LDL    Primary Unit 313

### Location of Occurrence

Address 401 5TH CT SW, CHILDERSBURG    Zip    County TALLADEGA

Landmark    ESN 283    Map Grid

EMS/Rescue CHILDERSBURG EMS    Fire CHILDERSBURG FIRE    Law CHILDERSBURG POLICE

Area    District    EMS Tract    Fire Tract

Grid    Law Tract    Report Tract    Work Area

Cross Street High 4TH ST SW    Cross Street Low 5TH ST SW
From-To Directions

### Location of Caller

Address 188 HILLSIDE CIR - NE SECTOR, CHILDERSBURG    Landmark

Caller Name AMANDA    Caller Phone 2562676441    How Received 911

### Dispositions

| Disposition | Assigned When | User | InActive | While Closed |
|---|---|---|---|---|
| 03-ARREST - INCIDENT REPORT | 05/22/2022 19:27:52 | 9142 | ☐ | ☐ |
| 12-ASSIST ANOTHER UNIT | 05/22/2022 19:27:52 | 9142 | ☐ | ☐ |

### Call Types

| Call Type | Assigned When | User | Assigned While Closed | InActive |
|---|---|---|---|---|
| SUSPICIOUS VEHICLE - J1 | 05/22/2022 18:20:47 | 9114 | ☐ | ☐ |

### Unit Times

| Unit | Department | Unit Type | When | Status \| Notes | User |
|---|---|---|---|---|---|
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:21:26 | DISPATCHED | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:23:28 | IN AREA | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:24:36 | ON SCENE | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 18:25:29 | ON SCENE | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:27:12 | STATUS CHECK\|10-4 | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 18:27:14 | ACKNOWLEDGE | 9142 |
| 309 (BROOKS, JEREMY) | CPD | POLICE OFFICER | 05/22/2022 18:27:19 | ON SCENE | MU |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:27:43 | INFO\|10-26 BM | 9142 |

| Call Taker | | | | | | |
|---|---|---|---|---|---|---|
| 05  9114 | | | CFS Report<br>CFS # - 2022-041442 | | | |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:29:23 | ARREST MADE\|10-15 BM | | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 18:33:48 | STATUS CHECK\|10-4 | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:33:50 | ACKNOWLEDGE | | 9142 |
| 309 (BROOKS, JEREMY) | CPD | POLICE OFFICER | 05/22/2022 18:33:51 | ACKNOWLEDGE | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:41:01 | STATUS CHECK\|10-4//25 STS | | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 18:46:39 | LEFT SCENE\|84 300 WITH 10-15 | | 9142 |
| 309 (BROOKS, JEREMY) | CPD | POLICE OFFICER | 05/22/2022 18:49:00 | CLEAR | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 18:51:48 | ARRIVE 2ND\|OUT AT 300 | | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 18:51:58 | ARRIVE 2ND\|300 | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 19:05:09 | LEFT SCENE\|84 CJ WITH 10-15 | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 19:23:32 | ARRIVE 2ND\|23 CJ | | 9142 |
| 313 (SMITH, CHRIS) | CPD | POLICE OFFICER | 05/22/2022 19:27:52 | CLEAR | | 9142 |
| 314 (GABLE, JUSTIN) | CPD | POLICE OFFICER | 05/22/2022 19:27:52 | CLEAR | | 9142 |

## Incident Locations

Address: 401 5TH CT SW, CHILDERSBURG  
When: 05/22/2022 18:20:47   Latitude: 33.2744500420957   Longitude: -86.351423369752   User: 9114   Source: MapPoint   InActive: ☐

## Vehicle|Person Information

Name   Eye   Hair   Hgt   Wgt   Race   Sex   Discipline E,F,L,R,O,  
DOB   OLN  AL       OID       Unit  313  
Location       Description       Phone  
      Gun Serial #       Stolen ☐  
Tag AL  TRA857   Tag Year  2022   Tag Type  PC   Type  CONTACT   User  9114   When  05/22/2022 18:32:59  
Make/Model/Year/Color/VIN/Desc   CHEVROLET / TAHOE / 2004 / / 1GNEC13Z04J226219 /       Searched ☐  Consented ☐

Name  JENNINGS, MICHAEL J   Eye  BRO   Hair  BLK   Hgt  507   Wgt  172   Race  B   Sex  M   Discipline E,F,L,R,O,  
DOB  01/17/1966   OLN  AL  5202240       OID       Unit  313  
Location       Description       Phone  
      Gun Serial #       Stolen ☐  
Tag AL   Tag Year  2022   Tag Type     Type  CONTACT   User  9114   When  05/22/2022 18:39:23  
Make/Model/Year/Color/VIN/Desc   / / / / /       Searched ☐  Consented ☐

## Caller Phones

| Caller Phone | When | User | Caller Phone | When | User |
|---|---|---|---|---|---|
| 2562676441 | 05/22/2022 18:20:47 | 9114 | | | |

## Caller Names

| Caller Name | When | User | Caller Name | When | User |
|---|---|---|---|---|---|
| AMANDA | 05/22/2022 18:20:47 | 9114 | | | |

CAD Report 44    Page 2 Of 3    7/28/2022 15:42

| Call Taker | CFS Report |
|---|---|
| 05 9114 | CFS # - 2022-041442 |

| Comment | 05/22/2022 18:20:47  05/22/2022 18:20:47 |
|---|---|

NEIGHBORS ARE OUT OF TOWN//VEH THERE THAT SHOULDN'T BE//GOLD SUV

### Notes

9114 05/22/2022 18:21:21  L,
NARRATIVE: SUBJ ARE OUTSIDE OF VEH//BLK COUPLE//

9114 05/22/2022 18:21:28  L,
NARRATIVE: MAYBE IN THE HOUSE AT THIS TIME

9114 05/22/2022 18:21:30  L,
Is the vehicle still on scene? ... YES

9114 05/22/2022 18:21:36  L,
Are you able to provide the license plate state and number on the vehicle? ... NO

9114 05/22/2022 18:21:59  L,
Are you in a safe location? ... YES

9114 05/22/2022 18:22:00  L,
Have you ever seen the vehicle before? ... NO

9114 05/22/2022 18:22:07  L,
Do you wish to speak with the officer? ... NO

9114 05/22/2022 18:22:46  L,
NARRATIVE: SHOULDN'T BE ANYONE AT RESIDENCE

# Call Details Report For CFS # 2022-041442

**CFS Number**
2022-041442

**Date/Time**
5/22/2022 6:20 PM

**Incident Type**
SUSPICIOUS VEHICLE - J1

**Primary Unit**
313

**Caller Name**
AMANDA

**Caller Phone**
2562676441

**Location**
401 5TH CT SW, CHILDERSBURG

**Initial Statement**
NEIGHBORS ARE OUT OF TOWN//VEH THERE THAT SHOULDN'T BE//GOLD SUV

**Notes**

5/22/2022 6:21:21 PM   by: 9114
NARRATIVE: SUBJ ARE OUTSIDE OF VEH//BLK COUPLE//

5/22/2022 6:21:28 PM   by: 9114
NARRATIVE: MAYBE IN THE HOUSE AT THIS TIME

5/22/2022 6:21:30 PM   by: 9114
Is the vehicle still on scene? ... YES

5/22/2022 6:21:36 PM   by: 9114
Are you able to provide the license plate state and number on the vehicle? ... NO

5/22/2022 6:21:59 PM   by: 9114
Are you in a safe location? ... YES

5/22/2022 6:22:00 PM   by: 9114
Have you ever seen the vehicle before? ... NO

5/22/2022 6:22:07 PM   by: 9114
Do you wish to speak with the officer? ... NO

5/22/2022 6:22:46 PM   by: 9114
NARRATIVE: SHOULDN'T BE ANYONE AT RESIDENCE

## Vehicles

| Tag | State | Year | Color | Make | Model | Style | Towed |
|---|---|---|---|---|---|---|---|
| TRA857 | AL | 2004 | | CHEVROLET | TAHOE | | False |

# Call Details Report For CFS # 2022-041442

## People

| Name | OLN | St | DOB | Race | Sex | Description |
|---|---|---|---|---|---|---|
| | | AL | | | | |
| ENNINGS, MICHAEL J | 5202240 | AL | 1/17/1966 | B | M | |

## Unit Call Times

| Unit ID | Date/Time | Status |
|---|---|---|
| 09 | 5/22/2022 6:27:19 PM | ON SCENE |
| 09 | 5/22/2022 6:33:51 PM | ACKNOWLEDGE |