Case 1:22-cv-01165-RDP   Document 50-1   Filed 05/16/23   Page 1 of 5

Exhibit 1

PLAINTIFF'S
EXHIBIT
1
2/17/23     M.C.

FILED
2023 May-16  PM 06:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
 1   May 22, 2022                           6:18:59 CST
 2
 3              TELECOMMUNICATOR:  E-911, where is
 4   your emergency?
 5              CALLER:  At 401 6th Court Southwest
 6   in Childersburg.
 7              TELECOMMUNICATOR:  501 5th Court
 8   Southwest in Childersburg?  What's your name?
 9              CALLER:  It's 401.  My name is
10   Amanda.
11              TELECOMMUNICATOR:  401.  Amanda.
12   What's your phone number?
13              CALLER:  (256) 267-6441.
14              TELECOMMUNICATOR:  What's going on,
15   Amanda?
16              CALLER:  Well, I just wanted
17   somebody to come over here and check.  My
18   neighbors went out of town this morning to
19   Gatlinburg, and there's a vehicle over there
20   with people I don't think are supposed to be
21   over there.
22              TELECOMMUNICATOR:  Which neighbor
23   is it?
```

1  CALLER: Well, if you're looking at
2  my house, it would be the neighbor to the left,
3  got a white house with a blue roof. She come
4  over here today and asked me -- oh my gosh, my
5  dog. Just stop licking my face.
6  TELECOMMUNICATOR: What kind of
7  vehicle is over there?
8  CALLER: A gold SUV of some sort.
9  I can't see because it's through the lattice
10 work.
11 TELECOMMUNICATOR: Uh-huh.
12 CALLER: But they're an elderly
13 couple and it's a -- I know I saw a younger
14 black male over there.
15 TELECOMMUNICATOR: Okay. You saw a
16 younger black male.
17 CALLER: They're an elderly white
18 couple. Huh? And I'm not saying they don't
19 have -- it just doesn't -- I would just like
20 for somebody to come check and make sure
21 they're supposed to be there.
22 TELECOMMUNICATOR: Are they in the
23 vehicle or are they out of the vehicle?

```
 1           CALLER:  They're outside the
 2  vehicle.  They're outside the vehicle.
 3           TELECOMMUNICATOR:  Where are they
 4  exactly?
 5           CALLER:  Ah, I can't see because
 6  there's a fence, but I heard them talking in
 7  the -- I heard them talking a minute ago out
 8  like in their back door, and I can't hear them
 9  talking anymore, so they may be in the house
10  now.  I don't know.
11           TELECOMMUNICATOR:  Are you able to
12  get a tag on the vehicle?
13           CALLER:  No, ma'am.  I'm on the
14  other side.
15           TELECOMMUNICATOR:  It's okay.
16  That's all right.  And all you can tell it's a
17  gold vehicle?
18           CALLER:  Yeah, it's a gold vehicle,
19  an SUV type vehicle of some sort.
20           TELECOMMUNICATOR:  How long has the
21  vehicle been there, do you know?
22           CALLER:  Well, I come out, me and
23  my mom were going to go walk around a little
```

```
 1   bit, like around the neighborhood, and when we
 2   walked out, I heard talking.
 3              TELECOMMUNICATOR:  Okay.  You
 4   never --
 5              CALLER:  And I just never could see
 6   her.
 7              (Talking at same time.)
 8              TELECOMMUNICATOR:  -- saw the
 9   vehicle there before.
10              CALLER:  Huh-huh, not like that on,
11   huh-huh.
12              TELECOMMUNICATOR:  Do you want to
13   speak to the officers when they come out?
14              CALLER:  It doesn't -- it doesn't
15   matter to me.  Not really.  I mean, I don't
16   have to.
17              TELECOMMUNICATOR:  Yeah.
18              CALLER:  I don't mind it.
19              TELECOMMUNICATOR:  It's up to you.
20   It's completely up to you.  We've got someone
21   that's got them dispatched already.  You just
22   stay in a safe location.  Don't attempt to
23   approach or investigate the vehicle.  Just
```

```
 1  watch the vehicle for anybody that's returning
 2  or leaving or if they leave, which way they go.
 3  If you get any additional information, just
 4  give us a call back immediately, okay?
 5              CALLER:  Okay.  Thank you.
 6              TELECOMMUNICATOR:  Uh-huh, bye bye.
 7              CALLER:  All right.  Bye bye.
 8              (Phone call ends.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

MITZI SMITH, CSR, RPR, CRR
COURT REPORTER
TRANSCRIBED FROM AUDIO