# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL JEROME JENNINGS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO.: 1:22-cv-01165-RDP |
| | ) |
| | ) |
| **CHRISTOPHER SMITH,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **PLAINTIFF MICHAEL JEROME JENNINGS'**
## **RESPONSE IN OPPOSITION TO DEFENDANT OFFICERS' MOTION**
## **FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff Michael Jerome Jennings, and file this Response in Opposition to Defendants, Christopher Smith, Justin Gable, and Jeremy Brooks' Motion for Summary Judgment, and respectfully request this Honorable Court to deny the Defendant Officers' Motion for Summary Judgment. Further, the Plaintiff believes that oral argument will be very beneficial to this Court and would greatly aid this Court in determining whether summary judgment is warrant for the Defendants.

In support of this response, the Plaintiff rely upon each of the following items: all pleadings of record in this case; the supporting evidentiary materials and brief, both of which have been filed with this response in accordance with Appendix II of

1

the Court's initial order entered on October 27, 2022; and all applicable procedural and substantive laws.

**WHEREFORE, PREMISES CONSIDERED**, The Plaintiff respectfully request the Court DENY Defendants Smith, Gable, and Brooks motion for summary judgment in its entirety.

Respectfully submitted this 26th day of May 2023,

/s/Harry M. Daniels, Esq.
Harry M. Daniels, Esq.
(*Admitted Pro hac vice*)

**LAW OFFICES OF HARRY M. DANIELS, LLC**
4751 Best Road Suite 490
Atlanta, Georgia 30337
Tel: 678.664.8529
Fax: 800.864.5248
Email: daniels@harrymdaniels.com

/s/ Bethaney Embry Jones
Bethaney Embry Jones, Esq.
Alabama Bar Number: 1057B67U

**THE EMBRY LAW FIRM, LLC**
12531 Veterans Memorial Highway
Douglasville, Georgia 30134
Tel. 678.701.5238
Fax: 678.384.4545
Email: bembry@embrylawfirm.com

                                                  Joi Travis, Esq.
                                                  Alabama Bar Number: 6611L44K

**TRAVIS LAW, LLC**
P.O. Box 550274
Birmingham, Alabama 35255
Tel. 205.453.9331
Cell.  205.720.9527
Fax:   205.778.3123
Email: joi@travislawllc.com

                                                  Roderick Van Daniel, Esq.
                                                  Alabama Bar Number: 9105L64X

**THE RODERICK VAN DANIEL, LLC**
13th Avenue South Suite 19
Birmingham, Alabama 35255
Tel: 205.317.9321
roddaniel205@gmail.com

## **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that the following has been served a copy of the foregoing document, on the 26th day of May 2023, by emailing opposing counsel; or, if the party being served is a registered participant in the ECF System of the United States District Court for the Northern District of Alabama, by a "Notice of Electronic Filing" pursuant to N.D. Ala. Local Rule 5.4:

C. David Stubbs
Attorney for Defendants
OF COUNSEL: STUBBS, SILLS & FRYE P.C.
1724 South Quintard Avenue Post Office Box 2023
Anniston, Alabama 36202
(256) 835-5050
david@stubbssillsfrye.com

/s/Harry M. Daniels
Harry M. Daniels, Esq
(Admitted Pro hac vice)